New York Bus Operators Compensation Trust v Network Adjusters, Inc. (2025 NY Slip Op 04579)

New York Bus Operators Compensation Trust v Network Adjusters, Inc.

2025 NY Slip Op 04579

Decided on August 6, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2022-09390
 (Index No. 605540/20)

[*1]New York Bus Operators Compensation Trust, appellant, 
v
Network Adjusters, Inc., respondent.

Barbiero Bisch O'Connor & Commander LLP, Melville, NY (Anthony V. Barbiero of counsel), for appellant.
Morris Duffy Alonso Faley & Pitcoff, New York, NY (Robert S. Whitbeck, Iryna S. Krauchanka, and Kevin G. Faley of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Elizabeth H. Emerson, J.), dated October 12, 2022. The order granted the defendant's motion to preclude the plaintiff from introducing the expert testimony of a certain witness.
ORDERED that the appeal is dismissed, without costs or disbursements.
The Supreme Court's determination granting the defendant's motion to preclude the plaintiff from introducing the expert testimony of a certain witness constituted an evidentiary ruling (see Thornhill v Degen, 185 AD3d 982, 983). "Such a ruling, even when made in advance of trial on motion papers, constitutes, at best, an advisory opinion, which is not appealable, either as of right or by permission" (id. [internal quotation marks omitted]; see Washington v Todd, 210 AD3d 822, 822-823; Diller v Munzer, 141 AD3d 630, 630-631; Citlak v Nassau County Med. Ctr., 37 AD3d 640). Accordingly, the appeal must be dismissed.
CHAMBERS, J.P., FORD, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court